No. 56, Misc. CHRISP *v.* NORTH CAROLINA;
No. 86, Misc. JOHNSON *v.* UTAH; and
No. 102, Misc. PATTERSON *v.* SUPREME COURT OF ILLINOIS. Applications denied.

No. 60, Misc. IN RE STEWART; and
No. 76, Misc. ELLIOTT *v.* BUTZEL, CHIEF JUSTICE, SUPREME COURT OF MICHIGAN. Motions for leave to file petitions for writs of mandamus denied.

No. 54. UNITED STATES *v.* GREEN ET AL. Appeal from the United States District Court for the Southern District of Illinois. Probable jurisdiction noted. *Solicitor General Sobeloff* for the United States. *A. M. Fitzgerald* for appellees.

No. 102. UNITED STATES ET AL. *v.* CONTRACT STEEL CARRIERS, INC. Appeal from the United States District Court for the Northern District of Indiana. Probable jurisdiction noted. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman* and *Edward M. Reidy* for appellants.

No. 63. WERNER MACHINE CO., INC. *v.* DIRECTOR OF DIVISION OF TAXATION, DEPARTMENT OF TREASURY, NEW JERSEY. Appeal from the Supreme Court of New Jersey. Probable jurisdiction noted. *Charles Goodwin, Jr., Halsey T. Tichenor, III,* and *Leopold Frankel* for appellant. *Grover C. Richman, Jr.,* Attorney General of New Jersey, and *Ned J. Parsekian,* Deputy Attorney General, for appellee.

No. 82. INTERNATIONAL HARVESTER CREDIT CORP. ET AL. *v.* GOODRICH ET AL., CONSTITUTING THE STATE TAX COMMISSION OF NEW YORK. Appeal from the Court of